| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| SOUTHERN DISTRICT OF NEW YORK |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy       4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **PACIFIC ANDES RESOURCES DEVELOPMENT LIMITED** |
|---|---|---|
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | FKA Pacific Andes (Holdings) Limited |
| 3. | Debtor's federal Employer Identification Number (EIN) | |

| 4. | Debtor's address | **Principal place of business**<br><br>Room 3201-3210<br>Hong Kong Plaza<br>188 Connaught Road West<br>HONG KONG<br>Number, Street, City, State & ZIP Code<br><br>County | **Mailing address, if different from principal place of business**<br><br><br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
|---|---|---|---|

| 5. | Debtor's website (URL) | www. paresourcesdevelopment.com |
|---|---|---|

| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |
|---|---|---|

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page 1

Debtor  **PACIFIC ANDES RESOURCES DEVELOPMENT LIMITED**          Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ☐ No.
- ■ Yes.

If more than 2 cases, attach a separate list.

| | District | | When | | Case number |
|---|---|---|---|---|---|
| | **Contested Inv. Pet. by Malayan Banking Berhad - hearing not yet held** | When | **9/26/16** | Case number | **Supr.Ct. of Bermuda** |
| District | **High Court Republic of Singapore -application to withdraw filed 9/29** | When | **7/01/16** | Case number | **0668/2016** |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☐ No
- ■ Yes.

List all cases. If more than 1, attach a separate list

Debtor  **See Attachment**          Relationship  _____

Official Form 201  **Voluntary Petition for Non-Individuals Filing for Bankruptcy**  page 2

Debtor  **PACIFIC ANDES RESOURCES DEVELOPMENT LIMITED**                     Case number (*if known*)
          Name

**11. Why is the case filed in *this district*?**    *Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
         Contact name _____
         Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
■ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
■ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor **PACIFIC ANDES RESOURCES DEVELOPMENT LIMITED**          Case number (*if known*)
      Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September 29, 2016**
              MM / DD / YYYY

X **/s/ Ng Puay Yee, Annie (Jessie)**                              **Ng Puay Yee, Annie (Jessie)**
  Signature of authorized representative of debtor                  Printed name

Title   **Executive Chairman**

**18. Signature of attorney**

X **/s/ Tracy L. Klestadt**                                        Date **September 29, 2016**
  Signature of attorney for debtor                                       MM / DD / YYYY

**Tracy L. Klestadt**
Printed name

**Klestadt Winters Jureller Southard & Stevens, LLP**
Firm name

**200 West 41st Street**
**17th Floor**
**New York, NY 10036-7203**
Number, Street, City, State & ZIP Code

Contact phone  **(212) 972-3000**       Email address  **tklestadt@klestadt.com**

**2089985**
Bar number and State

Debtor  **PACIFIC ANDES RESOURCES DEVELOPMENT LIMITED**    Case number (*if known*) _____
      Name

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number (*if known*) _____    Chapter  **11**

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **PACIFIC ANDES RESOURCES DEVELOPMENT LIMITED** | | | Case number (*if known*) | |
| | Name | | | | |
| Debtor | **CFG Investment S.A.C.** | | | Relationship to you | **Affiliate** |
| District | **Southern District of New York** | When | **6/30/16** | Case number, if known | **16-11891 (JLG)** |
| Debtor | **CFG Peru Investment Pte. Ltd. (Singapore)** | | | Relationship to you | **Affiliate** |
| District | **Southern District of New York** | When | **6/30/16** | Case number, if known | **16-11914 (JLG)** |
| Debtor | **CFGL (Singapore) Private Limited** | | | Relationship to you | **Affiliate** |
| District | **Southern District of New York** | When | **6/30/16** | Case number, if known | **16-11915 (JLG)** |
| Debtor | **Champion Maritime Ltd (BVI)** | | | Relationship to you | **Affiliate** |
| District | **Southern District of New York** | When | **6/30/16** | Case number, if known | **16-11922 (JLG)** |
| Debtor | **Chanery Investment Inc. (BVI)** | | | Relationship to you | **Affiliate** |
| District | **Southern District of New York** | When | **6/30/16** | Case number, if known | **16-11921 (JLG)** |
| Debtor | **China Fisheries International Limited (Samoa)** | | | Relationship to you | **Affiliate** |
| District | **Southern District of New York** | When | **6/30/16** | Case number, if known | **16-11896 (JLG)** |
| Debtor | **China Fishery Group Limted (Cayman)** | | | Relationship to you | **Affiliate** |
| District | **Southern District of New York** | When | **6/30/16** | Case number, if known | **16-11895 (JLG)** |
| Debtor | **Corporacion Pesquera Inca S.A.C.** | | | Relationship to you | **Affiliate** |
| District | **Southern District of New York** | When | **6/30/16** | Case number, if known | **16-11892 (JLG)** |
| Debtor | **Fortress Agents Limited (BVI)** | | | Relationship to you | **Affiliate** |
| District | **Southern District of New York** | When | **6/30/16** | Case number, if known | **16-11916 (JLG)** |
| Debtor | **Growing Management Limited (BVI)** | | | Relationship to you | **Affiliate** |
| District | **Southern District of New York** | When | **6/30/16** | Case number, if known | **16-11919 (JLG)** |
| Debtor | **N.S. Hong Investment (BVI)** | | | Relationship to you | **Affiliate** |
| District | **Southern District of New York** | When | **6/30/16** | Case number, if known | **16-11899 (JLG)** |
| Debtor | **Ocean Expert International Limited (BVI)** | | | Relationship to you | **Affiliate** |
| District | **Southern District of New York** | When | **6/30/16** | Case number, if known | **16-11917 (JLG)** |
| Debtor | **Pacific Andes International Holdings Limited (Bermuda)** | | | Relationship to you | **Affiliate** |
| District | **Southern District of New York** | When | **6/30/16** | Case number, if known | **16-11890 (JLG)** |
| Debtor | **Protein Trading Limited (Samoa)** | | | Relationship to you | **Affiliate** |
| District | **Southern District of New York** | When | **6/30/16** | Case number, if known | **16-11923 (JLG)** |
| Debtor | **Smart Group Limited (Cayman)** | | | Relationship to you | **Affiliate** |
| District | **Southern District of New York** | When | **6/30/16** | Case number, if known | **16-11910 (JLG)** |
| Debtor | **South Pacific Shipping Agency Limited (BVI)** | | | Relationship to you | **Affiliate** |
| District | **Southern District of New York** | When | **6/30/16** | Case number, if known | **16-11924 (JLG)** |
| Debtor | **Super Investment Limited (Cayman)** | | | Relationship to you | **Affiliate** |
| District | **Southern District of New York** | When | **6/30/16** | Case number, if known | **16-11903 (JLG)** |
| Debtor | **Sustainable Fishing Resources S.A.C.** | | | Relationship to you | **Affiliate** |
| District | **Southern District of New York** | When | **6/30/16** | Case number, if known | **16-11894 (JLG)** |
| Debtor | **Target Shipping Limited (HK)** | | | Relationship to you | **Affiliate** |
| District | **Southern District of New York** | When | **6/30/16** | Case number, if known | **16-11920 (JLG)** |