**KLESTADT WINTERS JURELLER
SOUTHARD & STEVENS, LLP**
200 West 41st Street, 17th Floor
New York, NY 10036-7203
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Tracy L. Klestadt
John E. Jureller
Christopher Reilly

*Counsel to Pacific Andes Resources
 Development Limited*

**Hearing Date:** April 11, 2017 at 10:00 a.m.
 (prevailing Eastern Time)
**Objection Deadline:** April 4, 2017 at 4:00
 p.m. (prevailing Eastern Time)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| CHINA FISHERY GROUP LIMITED (CAYMAN), *et al.* [1] | Case No. 16 – 11895 (JLG) |
| Debtors. | Jointly Administered |

------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF HEARING ON MAYBANK'S
MOTION FOR AN ORDER DISMISSING THE DEBTOR'S CHAPTER 11
CASE PURSUANT TO SECTIONS 305(a) AND/OR 1112(b) OF THE
BANKRUPTCY CODE, WITH PREJUDICE OR, ALTERNATIVELY,
LIFTING THE AUTOMATIC STAY PURSUANT TO SECTION 362(d)(1)
OF THE BANKRUPTCY CODE**

**PLEASE TAKE NOTICE** that the hearing on *Maybank's Motion for an Order Dismissing the Debtor's Chapter 11 Case Pursuant to Sections 305(a) and/or 1112(b) of the Bankruptcy Code, with Prejudice or, Alternatively, Lifting the Automatic Stay Pursuant to Section 362(d)(1) of the Bankruptcy Code* (Pacific Andes Resources Development Limited, Chapter 11 Case No. 16-12739)(JLG), [ECF Docket No. 36] (the "Motion"), and any joinder

---

[1] The Debtors are China Fishery Group Limited (Cayman) ("CFGL"), Pacific Andes International Holdings Limited (Bermuda) ("PAIH"); N.S. Hong Investment (BVI) Limited ("NS Hong"), South Pacific Shipping Agency Limited (BVI) (SPSA"), China Fisheries International Limited (Samoa) ("CFIL"), CFGL (Singapore) Private Limited ("CFGLPL"), Chanery Investment Inc. (BVI) ("Chanery"), Champion Maritime Limited (BVI) ("Champion"), Growing Management Limited (BVI) ("Growing Management"), Target Shipping Limited (HK) ("Target Shipping"), Fortress Agents Limited (BVI) ("Fortress"), Ocean Expert International Limited (BVI) ("Ocean Expert"), Protein Trading Limited (Samoa) ("Protein Trading"), CFG Peru Investments Pte. Limited (Singapore) ("CFG Peru Singapore"), Smart Group Limited (Cayman) ("Smart Group"), Super Investment Limited (Cayman) ("Super Investment") and Pacific Andes Resources Development Limited ("PARD").

thereto[2], scheduled for the 7th day of March, 2017 at 10:00 a.m. (EST) has been adjourned to the **11th day of April, 2017, at 10:00 a.m. (EST)** (the "Hearing"), and will take place before the Honorable James L. Garrity, United States Bankruptcy Judge at the United States Bankruptcy Court for the Southern District of New York, Room 601, One Bowling Green, New York, New York 10004 (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE**, that the Hearing may be adjourned from time to time without notice to any creditor or other party in interest other than by announcement of the adjourned date in open court at the Hearing.

Dated:   New York, New York
         February 13, 2017

**KLESTADT WINTERS JURELLER
SOUTHARD & STEVENS, LLP**

By:   */s/ John E. Jureller, Jr.*
      Tracy L. Klestadt
      John E. Jureller
      Christopher J. Reilly
      200 West 41st Street, 17th Floor
      New York, New York 10036
      Tel: (212) 972-3000
      Fax: (212) 972-2245
      Email: tklestadt@klestadt.com
             jjureller@klestadt.com
             creilly@klestadt.com

*Counsel to Pacific Andes Resources
Development Limited*

---

[2] Coöperative Rabobank U.A. and Standard Chartered Bank (Hong Kong) Limited filed an Amended Joinder to the Motion, dated December 14, 2016 [ECF Dkt. No. 275]